UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* GNGH2 INC., | ) ) | |
| Plaintiff-Relator, | ) ) | Case No. 3:24-cv-00003-GFVT |
| v. | ) ) ) | **ORDER** |
| TOPY AMERICA, INC., | ) ) | |
| Defendant. | ) ) | |
| | ) | |

*** *** *** ***

This matter is before the Court upon the Parties Joint Stipulation of Dismissal. [R. 17.] The parties seek dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and "subject to the terms of the Settlement Agreement effective March 19, 2025 among the United States, Relator GNGH2 Inc., and Defendant Topy America, Inc." *Id.* The parties also notify the Court that Relator GNGH2 "specifically reserves any claims under 31 U.S.C. § 3730(d)(1) for a share of the proceeds of the settlement" and thus "Relator's claim for a share of the proceeds of the settlement under 31 U.S.C. § 3730(d)(1) shall remain pending before the Court."

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The parties' Joint Stipulation of Dismissal **[R. 17]** is **GRANTED**

2. All claims in this matter are **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs;

3. Relator specifically reserves any claims under 31 U.S.C. § 3730(d)(1) for a share of the proceeds of the settlement; and

4. Relator's claim for a share of the proceeds of the settlement under 31 U.S.C. § 3730(d)(1) shall remain pending before the Court.

This is the 30th day of April, 2025.

Gregory F. Van Tatenhove
United States District Judge